IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STATE FARM FIRE & CASUALTY COMPANY**, as subrogee of the Estate of Alkis J. Marland,<br>       Plaintiff, | CIVIL ACTION |
| v. | NO. 14-6535 |
| **HARTMAN CONTRACTORS**,<br>**JOHN GRIMLEY**, trading as "JG ASSOCIATES," and<br>**ANTHONY ELECTRIC**,<br>       Defendants. | |

## O R D E R

**AND NOW**, this 7th day of December, 2017, upon consideration of Defendant John Grimley's Motion in Limine to Preclude Evidence of All and/or Some of the Damages Claimed by Plaintiff. (Document No. 83, filed August 7, 2017), and Plaintiff's Response in Opposition to Defendant's [sic] Grimley's Motion *In Limine* to Preclude Evidence of All And/Or Some of the Damages Claimed by Plaintiff (Document No. 85, filed August 21, 2017), for the reasons set forth in the Memorandum dated December 7, 2017, **IT IS ORDERED** that Defendant John Grimley's Motion in Limine to Preclude Evidence of All and/or Some of the Damages Claimed by Plaintiff is **DENIED**.

**IT IS FURTHER ORDERED** that counsel shall submit a joint status report to the Court (letter to Chambers, Room 12613) on or before December 22, 2017, advising whether the case is settled. If the case is not settled, counsel shall include in their joint report a statement as to whether they believe settlement a conference before Magistrate Judge Thomas J. Rueter might be of assistance in resolving the case and, if so, by what date they will be prepared to begin such

proceedings. If the parties do not agree to a settlement conference, they shall include in their joint status report a proposed schedule for further proceedings.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**