IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, as subrogee of the Estate of Alkis J. Marland,<br>   Plaintiff,<br><br>   v.<br><br>JOHN GRIMLEY, trading as "JG ASSOCIATES,"<br>   Defendant. | CIVIL ACTION<br><br>NO. 14-6535 |

**FILED**
APR 12 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW**, this 11th day of April, 2019, in accordance with the Verdict Sheet dated April 11, 2019, **IT IS ORDERED** that **JUDGMENT** be and the same is hereby **ENTERED IN FAVOR** of defendant, John Grimley, trading as "JG Associates", and **AGAINST** plaintiff, State Farm Fire & Casualty Company, as subrogee of the Estate of Alkis J. Marland.

**BY THE COURT:**

/s/ Jan E. DuBois
DuBOIS, JAN E., J.

ENTD APR 12 2019